# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRESTON RAYAL JONES,<br><br>        Petitioner,<br><br>      v.<br><br>JEFFREY A. BEARD, et al.,<br><br>        Respondent. | Case No. CV 13-5642-JEM<br><br><br>**JUDGMENT** |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 1, 2014

                                              */s/ John E. McDermott*
                                              JOHN E. MCDERMOTT
                                   UNITED STATES MAGISTRATE JUDGE